## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOHN AUTREY, | ) |
| Petitioner, | ) |
| v. | ) No. 1:05-CV-1637-JDT-TAB |
| SUPERINTENDENT KNIGHT, | ) |
| Respondent. | ) |

### Entry and Order to Show Cause

The petitioner's custodian is directed to answer the allegations of the petitioner's petition for a writ of habeas corpus, and in doing so shall **show cause** why the relief sought by the petitioner should not be granted. This shall be done within **twenty (20) days** after the date this Entry is signed. The petitioner shall have twenty (20) days after service of such answer or return to order to show cause on him in which to reply.

A copy of the petitioner's petition shall be sent with this Entry to the Indiana Attorney General.

**IT IS SO ORDERED.**

Date: 11/02/2005

_____
John Daniel Tinder, Judge
United States District Court

Copies to:

JOHN AUTREY
DOC #963935
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770

**NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.**

Dockets.Justia.com